# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEREMY BAKER

VERSUS

KRYSTLE LOWE

NO. 2025 CW 1258

**DECEMBER 9, 2025**

---

In Re:   Krystle Lowe, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 240593.

---

**BEFORE: THERIOT, PENZATO, AND BALFOUR, JJ.**

**STAY DENIED; WRIT GRANTED IN PART AND DENIED IN PART.** The Family Court's October 28, 2025 order issued pursuant to Jeremy Baker's Ex Parte Motion for Custody is vacated, and the portion of the Family Court's December 3, 2025 order which extended that order of custody is vacated. La. Code Civ. P. art. 3945(B)(1) provides that an ex parte order of temporary custody of a minor child shall not be granted unless it clearly appears from specific facts shown by a verified petition or by supporting affidavit that immediate and irreparable injury will result to the child before the adverse party or his attorney can be heard in opposition. We find the allegations of the Ex Parte Motion for Custody were insufficient to make such a showing. The writ is denied in all other respects.

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT